Opinion issued April 20, 2023



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00006-CV

————————————

**ANTHONY WELCH, Appellant**

**V.**

**ELEOW HUNT, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-52546**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in his motion, appellant's motion includes a certificate of service, more than 10 days have passed since the

motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.